# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

JACKIE KAVASKIA MCMILLAN,      \*

          \*

      Movant,        \*      CIVIL ACTION NO.: 5:23-cv-42

          \*

    v.            \*

          \*

UNITED STATES OF AMERICA,      \*      (Case No.: 5:20-cr-7)

          \*

      Respondent.        \*

## O R D E R

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 6. Movant Jackie McMillan ("McMillan") did not file Objections to this Report and Recommendation, though he did notify the Court he has not heard from the Eleventh Circuit Court of Appeals regarding his appeal. Dkt. No. 7.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** McMillan's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence for failure to respond to the

Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case

and to enter the appropriate judgment of dismissal, and **DENIES**

McMillan *in forma pauperis* status on appeal and a Certificate of

Appealability.

      **SO ORDERED**, this ____16____ day of ___August___, 2023.

                                      _____
                                      HON. LISA GODBEY WOOD, JUDGE
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)